In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00018-CV
_____

HEATHER RENEA CHEUNG, Appellant

V.

WILLIAM FAN CHEUNG, Appellee

On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 17-11-14222-CV

MEMORANDUM OPINION

Appellant Heather Renea Cheung filed a motion to dismiss this appeal. This motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on February 20, 2019
Opinion Delivered February 21, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.